

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Bryanna Renee Nieves ) <br> ) Defendant. ) | Case No.: SA CR 22-0142-CJC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CDCA_, for alleged violation(s) of the terms and conditions of his/her [probation][supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _instant allegations; inadequate bail resources; substance abuse; prior bench warrants_

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  instant allegations; criminal history; substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 4/12/24

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE